for stay of examination before trial denied; examination to proceed upon five days' notice at same hour and place. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MORRIS GRUSKIN, Respondent, v. CHAUNCEY MILLER, Appellant.— Motion for stay of trial denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANNA HRYNKO, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANNIE HUSSEY, Appellant, v. ANNA M. NEGREEN, Individually and as Executrix, etc., of JOSEPH F. NEGREEN, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of IDA ASHNER to Render and Settle Her Account as Executrix of SIGMUND ASHNER, Deceased. IDA ASHNER, as Executrix of SIGMUND ASHNER, Deceased, Appellant; EMILY HALLE SUMMERFIELD and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of HONOUR B. GELSON, Respondent, for a Peremptory Mandamus Order against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Motion to add to June term calendar granted. Present — Lazansky, P. J., Rich, Kapper and Hagarty, JJ.; Carswell, J., not voting.

In the Matter of the Petition to Set Aside the Election of Directors of the PARK LAUNDRY COMPANY OF LONG ISLAND, INC. AGNES F. MURRAY, Appellant; PARK LAUNDRY COMPANY OF LONG ISLAND, INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of SARAH LEVENTHAL, Appellant, to Cancel a Mortgage of Record. LYDECKER VAN RIPER, as Executor, etc., of LENORE B. WARNER, Deceased, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of Supplementary Proceedings: PYRAMID CONTRACTING CORPORATION, Respondent, v. AZTEC HOMES BUILDERS CORPORATION and ABRAHAM FEINBERG, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of Supplementary Proceedings: PYRAMID CONTRACTING CORPORATION, Respondent, v. AZTEC HOMES BUILDERS CORPORATION and ABRAHAM FEINBERG, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application for Leave to Sell Real Estate of FREDERICK WILBERT, Sometimes Known as FREDERICK W. TURNER, an Infant under the Age of Fourteen Years. SARAH PULLY, Purchaser, Appellant; WILLIAM H. MOTZER, Special Guardian, Respondent.— Motion for reargument granted, and